1  **WO**

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>US Airline Pilots Association; US Airways, Inc., <br><br>　　　　　Defendants. | No. CV 08-1633-PHX-NVW (consolidated) <br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al., <br><br>　　　　　Defendants. | CV08-1728-PHX-NVW |

Plaintiffs have moved to certify a class of "[a]ll pilots employed by the airline US Airways in September 2008 who were on the America West seniority list on September 20, 2005." (Doc. # 120.) Defendant USAPA opposes this motion. The briefing on this issue is scheduled to conclude on February 26, 2009. The Court has not yet determined whether the

motion warrants a hearing, with or without presentation of evidence beyond what is submitted or will be submitted with the briefs.

IT IS THEREFORE ORDERED:

Counsel for Plaintiffs and USAPA shall personally meet and confer regarding the class certification motion forthwith.  Counsel shall discuss whether any live testimony or other evidence beyond what is submitted with the briefs is necessary for proper resolution of this issue, and if so, what evidence that might be.  The parties jointly shall prepare a Proposed Final Pretrial Order respecting certification and shall lodge it with the Court no later than **4:00 p.m.** on Wednesday, March 4.  The parties shall submit a copy of the Proposed Final Pretrial Order to the Court in WordPerfect® 9.0 or higher (or compatible) format by email to Wake_Chambers@azd.uscourts.gov.  If the parties cannot reach agreement on a joint order, portions of the order may be designated as separately filed.

The Proposed Final Pretrial Order shall include the information prescribed in Sections D.1, E (limited to witnesses who will be called at the hearing), F (beyond exhibits submitted with the briefs), G, and K of the Joint Proposed Final Pretrial Order for Bench Trial form found at www.azd.uscourts.gov under Judges & Courtrooms/Orders, Forms and Procedures/Judge Wake. Information shall not be set forth in the form of a question, but shall be presented in concise narrative statements.

The Court will determine after reviewing the Proposed Final Pretrial Order whether an evidentiary hearing is required and what its scope should be.

DATED this 20th day of February, 2009.

                                                    _____
                                                                Neil V. Wake
                                                        United States District Judge