1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>    Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>    Defendants. | No. CV 08-1633-PHX-NVW<br>(consolidated)<br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>    Defendants. | CV08-1728-PHX-NVW |

Before the Court is Defendant USAPA's Motion to Strike Plaintiffs' Reply in Support of Their Motion for Class Certification (doc. # 217), which contends that the reply was filed late on February 27, 2009. The Court previously granted USAPA's contested motion for extension of time to file its response. (Doc. # 155.) USAPA now contends that because its extension was granted and the order said nothing about extending Plaintiffs' time for reply,

1  Plaintiffs were required to file a reply in accordance with the original briefing schedule, as
2  though USAPA had not been granted an extension on its response. This is a wholly
3  unreasonable view of the extension order, which did not purport to override the terms of
4  Fed. R. Civ. P. 6(d) and LRCiv 7.2(d), giving a moving party five days—plus three days for
5  service other than personal delivery—to reply to a response brief. The Court's mistaken
6  reference in passing in doc. # 210 to February 26 as the close of briefing, rather than the
7  correct date of February 27, 2009, does not shorten Plaintiff's time. That subsequent order
8  relating to the possibility of an evidentiary hearing grants no such relief (doc. # 210 at p. 2,
9  lines 3-20).

10  IT IS THEREFORE ORDERED that Defendant USAPA's Motion to Strike Plaintiffs'
11  Reply in Support of Their Motion for Class Certification (doc. # 217) is denied.

12  DATED this 2nd day of March, 2009.

_____
Neil V. Wake
United States District Judge