**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>Defendants. | No. CV 08-1633-PHX-NVW<br>(consolidated)<br><br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>Defendants. | CV08-1728-PHX-NVW |

Previously, this Court expressed uncertainty regarding whether a hearing was necessary to the disposition of Plaintiffs' Motion for Class Certification (doc. # 120). An order was issued directing counsel to file a joint pretrial statement respecting certification to help the Court determine the possible value of such a hearing. (Doc. # 210.) The Court issued this order before the certification briefing was complete.

1    Now that the briefing is complete, the Court doubts that any such hearing is necessary
2 and is inclined to vacate the order directing preparation for such a hearing (doc. # 210).  Both
3 parties have had the opportunity to present evidence with their briefs, and it appears that no
4 hearing is necessary for a prompt ruling to be issued on the certification motion (doc. # 120).
5 A needless hearing would only divert time and resources from the merits of this case.

6    IT IS THEREFORE ORDERED:

7    The parties shall telephone chambers and schedule an immediate telephone conference
8 to discuss any objections to vacating the Court's February 23, 2009 order (doc. # 210).  This
9 conference will also address the parties' Notice of Discovery Dispute filed today
10 (doc. # 222).

11    DATED this 3rd day of March, 2009.

_____
Neil V. Wake
United States District Judge