**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>Defendants. | No. CV 08-1633-PHX-NVW<br>(consolidated)<br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>Defendants. | CV08-1728-PHX-NVW |

The Court previously called for additional briefing from Plaintiffs' and Defendant USAPA's counsel on the subject of expert discovery. [Doc. # 494.] That briefing having been filed [doc. ## 496-97], the Court will now set a schedule for expert disclosures in the damages phase of this case. In the Court's view, it is most fair for the party with the burden of proof to disclose experts first, and so Plaintiffs' request for simultaneous disclosures will

1   be rejected.  At the same time, the schedule will conclude several days earlier than USAPA
2   suggests to provide more time for both sides to prepare for trial.
3       IT IS ORDERED that both parties shall supplement their Rule 26 disclosures to
4   address witnesses, exhibits, documents, and potential areas of expert testimony by June 15.
5   Plaintiffs shall disclose the identity of, qualifications of, and report by, any expert witness
6   not later than July 1.  Defendant shall disclose the identity of, qualifications of, and report
7   by any expert witness not later than July 15.  Plaintiffs shall disclose the identity of,
8   qualifications of, and report by, any rebuttal expert witness not later than July 22.
9       DATED this 1st day of June, 2009.

_____
Neil V. Wake
United States District Judge