**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>Defendants. | No. CV 08-1633-PHX-NVW (consolidated)<br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>Defendants. | CV08-1728-PHX-NVW |

Previously, the Court stated that a trial on the issue of damages could take place during the week of August 10, 2009 or the week of August 18, 2009. [Doc. # 454.] Counsel for Defendant has represented to the Court that a trial scheduled to commence August 18, 2009, would disrupt the collective bargaining process.

1  IT THEREFORE IS ORDERED that trial on the issue of Plaintiffs' damages is set to
2  commence on August 11, 2009 at 9:00 a.m.
3  DATED this 4th day of June, 2009.

_____
Neil V. Wake
United States District Judge