**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki,<br><br>    Plaintiffs,<br><br>vs.<br><br>US Airline Pilots Association; US Airways, Inc.,<br><br>    Defendants. | No. CV 08-1633-PHX-NVW<br>(consolidated)<br><br><br>**ORDER** |
| Don Addington; John Bostic; Mark Burman; Afshin Iranpour; Roger Velez; Steve Wargocki, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Steven Bradford; Paul Diorio; Robert Frear; Mark King; Douglas Mowery; John Stephan, et al.,<br><br>    Defendants. | CV08-1728-PHX-NVW |

Pending are Defendant's Motion to Dismiss the Second Amended Complaint (doc. # 620) and Plaintiffs' Motion for Award of Attorneys' Fees (doc. # 600). The Court will benefit from the views of the parties as to the timing of need for ruling on these motions and scheduling of any oral arguments.

1    IT IS THEREFORE ORDERED setting a status conference concerning the
2 pending motions for February 9, 2010 at 2:00 p.m. Out of state counsel may appear by
3 telephone. This is a status conference only and not an argument on the merits.
4    DATED this 21st day of January, 2010.

_____
Neil V. Wake
United States District Judge